**Opinion issued September 16, 2025**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-25-00453-CV

—————————————

**LB WEST, LLC, Appellant**

**V.**

**DARLENE SENEGAL, Appellee**

---

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2024-09909**

---

## MEMORANDUM OPINION

Appellant has filed an agreed motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).  No opinion has issued. *See* TEX. R. APP. P. 42.1(c).  Accordingly, we

grant the motion and dismiss the appeal in all things. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Morgan and Dokupil.